IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOSEPH ROBERTS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-01276-O-BP |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant is **ORDERED** to pay Plaintiff Joseph Roberts, in care of Michael T. Kelly, an attorney, attorney fees under the Equal Access to Justice Act for 38.70 hours of service performed in 2020 and 2021 at the rate of $200.83 per hour, for a total sum of $7,772.12.

**SO ORDERED** on this **15th day** of **December, 2021**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE